Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−13194−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Guy H. Castro | Lois T. Castro |
| 21 Lake Avenue | 21 Lake Avenue |
| Hamilton, NJ 08610 | Hamilton, NJ 08610 |

Social Security No.:
  xxx−xx−1555                            xxx−xx−1233

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 24, 2025.

Dated: June 24, 2025
JAN: mmf

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Guy H. Castro  
Lois T. Castro  
    Debtors

Case No. 25-13194-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 24, 2025      Form ID: plncf13      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Guy H. Castro, Lois T. Castro, 21 Lake Avenue, Hamilton, NJ 08610-5613 |
| 520601464 | + | Ameerah S. Snowden, 21 Lake Avenue, Hamilton, NJ 08610-5613 |
| 520601470 | + | CCS-South Florida, LLC, 1007 N. Federal Hwy, #280, Fort Lauderdale, FL 33304-1422 |
| 520601471 | + | Chrysler Financial, C/O Fein, Such, Kahn & Shepard, P.C., 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520601476 | + | Crown Asset Management, LLC as Assignee, of Barclays Bank Delaware, C/O Tromberg, Morris & Partners, PLLC, 39 Broadway Ste. 1250, New York, NY 10006-3089 |
| 520601478 | | Midland Mortgage, P.O. Box 248921, Oklahoma City, OK 73124-8921 |
| 520601480 | + | NJ Higher Education Student Assistant Au, C/O Portnoy Schneck, LLC., 3705 Quakerbridge Road, Ste. 116, Hamilton, NJ 08619-1288 |
| 520601484 | | NJ Urology LLC, CJ#7970, P.O. Box 95000, Philadelphia, PA 19195-0001 |
| 520601491 | + | Princeton Radiology Associates, P.A., Po BOX 956, Evansville, IN 47706-0956 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 24 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 24 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520601462 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 24 2025 20:52:37 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520601465 | | Email/Text: ebn@americollect.com | Jun 24 2025 20:50:00 | Americollect, Inc., P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 520601466 | + | Email/Text: bankrupt@andrewsfcu.org | Jun 24 2025 20:49:00 | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 520601468 | ^ | MEBN | Jun 24 2025 20:44:17 | Arcadia Recovery Bureau, LLC., P.O. Box 6768, Reading, PA 19610-0768 |
| 520601475 | | Email/Text: correspondence@credit-control.com | Jun 24 2025 20:49:00 | Credit Control, LLC., 3300 Rider Trail S,, Suite 500, Earth City, MO 63045 |
| 520601469 | ^ | MEBN | Jun 24 2025 20:45:22 | Capital Health Medical group DBA Capital, Atten #17558X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 520601472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2025 21:05:39 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520601473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 24 2025 21:41:36 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |

Case 25-13194-MEH    Doc 20    Filed 06/26/25    Entered 06/27/25 00:15:56    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 24, 2025 | Form ID: plncf13 | Total Noticed: 42 |

| | | | | |
|---|---|---|---|---|
| 520649617 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 24 2025 21:05:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520601479 | | Email/Text: compliance@monarchrm.com | Jun 24 2025 20:49:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 520663613 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 24 2025 21:05:05 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520670792 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2025 20:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520601477 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 24 2025 20:50:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520670342 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2025 20:49:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520601487 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 24 2025 20:49:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520601488 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2025 20:52:14 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520658828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2025 21:05:45 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 520654419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 24 2025 21:04:27 | Portfolio Recovery Associates, LLC, c/o WAL-MART, POB 41067, Norfolk, VA 23541 |
| 520601485 | ^ | MEBN | Jun 24 2025 20:44:25 | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 520601486 | ^ | MEBN | Jun 24 2025 20:44:25 | Penn Medicine, UPHS Physicians Patient Pay, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 520679830 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2025 20:50:00 | Quantum3 Group LLC as agent for, Galaxy Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520632394 | | Email/Text: bnc-quantum@quantum3group.com | Jun 24 2025 20:50:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520601492 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 24 2025 20:50:00 | Quest Diagnostics, PO BOX 740775, Cincinnati, OH 45274-0775 |
| 520601493 | | Email/Text: bankruptcy@rarogersinc.com | Jun 24 2025 20:50:00 | R.A Rogers, Inc., P.O. Box 3302, Crofton, MD 21114-0302 |
| 520601495 | + | Email/Text: ngisupport@radiusgs.com | Jun 24 2025 20:49:00 | Radius Global Solutions, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 520601496 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2025 20:52:05 | Syncb/Car Care Bruneel, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520601497 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2025 20:52:39 | Synchrony Car Care, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520673903 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 24 2025 20:52:39 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520601498 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 24 2025 21:04:58 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520601499 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 24 2025 20:50:00 | Transworld Systems Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 520607797 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 24 2025 20:52:13 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278 |

Case 25-13194-MEH   Doc 20   Filed 06/26/25   Entered 06/27/25 00:15:56   Desc Imaged
Certificate of Notice   Page 4 of 4

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Jun 24, 2025 | Form ID: plncf13 | Total Noticed: 42
TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520601463 | *+ | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520603568 | *+ | Ameerah S. Snowden, 21 Lake Avenue, Hamilton, NJ 08610-5613 |
| 520601467 | *+ | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 520601474 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520601481 | *+ | NJ Higher Education Student Assistant Au, C/O Portnoy Schneck, LLC., 3705 Quakerbridge Road, Ste. 116, Hamilton, NJ 08619-1288 |
| 520601482 | *+ | NJ Higher Education Student Assistant Au, C/O Portnoy Schneck, LLC., 3705 Quakerbridge Road, Ste. 116, Hamilton, NJ 08619-1288 |
| 520601483 | *+ | NJ Higher Education Student Assistant Au, C/O Portnoy Schneck, LLC., 3705 Quakerbridge Road, Ste. 116, Hamilton, NJ 08619-1288 |
| 520601489 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520601490 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520601494 | * | R.A. Rogers, Inc., P.O. Box 3302, Crofton, MD 21114-0302 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Joint Debtor Lois T. Castro dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Joint Debtor Lois T. Castro kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Debtor Guy H. Castro kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6