UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Guy H. Castro & Lois T. Castro,

Debtors.

Case No.: 25-13194-MEH
Chapter: 13
Hearing Date: 07/30/2025
Judge: Hall

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Motion for Relief from Stay re: 21 Lake Avenue, Hamilton, NJ (Docket # 17)

Date: 07/25/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*