UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 25-13194 |
| Guy & Lois Castro | Chapter: | 13 |
| | Judge: | MEH |

## NOTICE OF PROPOSED PRIVATE SALE

____Guy Castro____, ____Lois Castro____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ____Mark E. Hall____ on ____January 14, 2026____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, ____402 East State Street, Trenton, NJ 08608____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:   21 Lake Avenue Hamilton, NJ 08610

Proposed Purchaser:   The Reginald Lewis Group, LLC and/or Assigns

Sale price:  $355,750.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Kevin Fayette

Address: 1675 Whitehorse Mercerville Road, Suite 204, Hamilton, NJ 08619

Telephone No.: 609-584-0600

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-13194-MEH |
| Guy H. Castro | Chapter 13 |
| Lois T. Castro | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 12, 2025 | Form ID: pdf905 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Guy H. Castro, Lois T. Castro, 21 Lake Avenue, Hamilton, NJ 08610-5613 |
| 520601464 | + | Ameerah S. Snowden, 21 Lake Avenue, Hamilton, NJ 08610-5613 |
| 520601470 | + | CCS-South Florida, LLC, 1007 N. Federal Hwy, #280, Fort Lauderdale, FL 33304-1422 |
| 520601471 | + | Chrysler Financial, C/O Fein, Such, Kahn & Shepard, P.C., 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520601478 | | Midland Mortgage, P.O. Box 248921, Oklahoma City, OK 73124-8921 |
| 520601480 | + | NJ Higher Education Student Assistant Au, C/O Portnoy Schneck, LLC., 3705 Quakerbridge Road, Ste. 116, Hamilton, NJ 08619-1288 |
| 520601484 | | NJ Urology LLC, CJ#7970, P.O. Box 95000, Philadelphia, PA 19195-0001 |
| 520601491 | + | Princeton Radiology Associates, P.A., Po BOX 956, Evansville, IN 47706-0956 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 12 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 12 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520601462 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Dec 12 2025 21:03:30 | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520601465 | | Email/Text: ebn@americollect.com | Dec 12 2025 20:53:00 | Americollect, Inc., P.O. Box 1505, Manitowoc, WI 54221-1505 |
| 520601466 | + | Email/Text: bankrupt@andrewsfcu.org | Dec 12 2025 20:52:00 | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 520601468 | ^ | MEBN | Dec 12 2025 20:49:25 | Arcadia Recovery Bureau, LLC., P.O. Box 6768, Reading, PA 19610-0768 |
| 520601475 | | Email/Text: correspondence@credit-control.com | Dec 12 2025 20:52:00 | Credit Control, LLC., 3300 Rider Trail S,, Suite 500, Earth City, MO 63045 |
| 520601469 | ^ | MEBN | Dec 12 2025 20:50:53 | Capital Health Medical group DBA Capital, Atten #17558X, P.O. Box 14000, Belfast, ME 04915-4033 |
| 520601472 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 21:03:51 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520601473 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 12 2025 21:03:35 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520601476 | ^ | MEBN | Dec 12 2025 20:50:01 | Crown Asset Management, LLC as Assignee, of |

Case 25-13194-MEH    Doc 28    Filed 12/14/25    Entered 12/15/25 00:17:21    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: pdf905 | Total Noticed: 42 |

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| 520649617 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2025 21:03:11 | Barclays Bank Delaware, C/O Tromberg, Morris & Partners, PLLC, 39 Broadway Ste. 1250, New York, NY 10006-3089 |
| | | | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520601479 | | Email/Text: compliance@monarchrm.com | Dec 12 2025 20:52:00 | Monarch Recovery Management, Inc., 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 520663613 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 12 2025 21:03:43 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520670792 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2025 20:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520601477 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 12 2025 20:53:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520670342 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2025 20:51:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 520601487 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 12 2025 20:51:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 520601488 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 21:03:46 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520658828 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 21:03:10 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 520654419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2025 21:03:47 | Portfolio Recovery Associates, LLC, c/o WAL-MART, POB 41067, Norfolk, VA 23541 |
| 520601485 | ^ | MEBN | Dec 12 2025 20:49:46 | Penn Medicine, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 520601486 | ^ | MEBN | Dec 12 2025 20:49:47 | Penn Medicine, UPHS Physicians Patient Pay, P.O. Box 824406, Philadelphia, PA 19182-4406 |
| 520679830 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2025 20:53:00 | Quantum3 Group LLC as agent for, Galaxy Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520632394 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2025 20:53:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520601492 | + | Email/Text: BankruptcyMail@questdiagnostics.com | Dec 12 2025 20:53:00 | Quest Diagnostics, PO BOX 740775, Cincinnati, OH 45274-0775 |
| 520601493 | | Email/Text: bankruptcy@rarogersinc.com | Dec 12 2025 20:53:00 | R.A Rogers, Inc., P.O. Box 3302, Crofton, MD 21114-0302 |
| 520601495 | + | Email/Text: ngisupport@radiusgs.com | Dec 12 2025 20:52:00 | Radius Global Solutions, P.O. Box 390915, Minneapolis, MN 55439-0911 |
| 520601496 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 21:03:06 | Syncb/Car Care Bruneel, Attn: Bnakruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520601497 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 21:03:06 | Synchrony Car Care, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 520673903 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 12 2025 21:03:11 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520601498 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 12 2025 21:03:42 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520601499 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 12 2025 20:53:00 | Transworld Systems Inc., PO Box 15520, Wilmington, DE 19850-5520 |
| 520607797 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Dec 12 2025 21:03:30 | U.S. Department of Housing and Urban |

Case 25-13194-MEH    Doc 28    Filed 12/14/25    Entered 12/15/25 00:17:21    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 12, 2025 | Form ID: pdf905 | Total Noticed: 42 |

Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520601463 | *+ | Aidvantage, Attn: Bankruptcy, Po Box 300001, Greenville, TX 75403-3001 |
| 520603568 | *+ | Ameerah S. Snowden, 21 Lake Avenue, Hamilton, NJ 08610-5613 |
| 520601467 | *+ | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 520601474 | *+ | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520601481 | *+ | NJ Higher Education Student Assistant Au, C/O Portnoy Schneck, LLC., 3705 Quakerbridge Road, Ste. 116, Hamilton, NJ 08619-1288 |
| 520601482 | *+ | NJ Higher Education Student Assistant Au, C/O Portnoy Schneck, LLC., 3705 Quakerbridge Road, Ste. 116, Hamilton, NJ 08619-1288 |
| 520601483 | *+ | NJ Higher Education Student Assistant Au, C/O Portnoy Schneck, LLC., 3705 Quakerbridge Road, Ste. 116, Hamilton, NJ 08619-1288 |
| 520601489 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520601490 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520601494 | * | R.A. Rogers, Inc., P.O. Box 3302, Crofton, MD 21114-0302 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Joint Debtor Lois T. Castro dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Joint Debtor Lois T. Castro kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Debtor Guy H. Castro kfayette@kevinfayette.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6