UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Law Offices of
Kevin Fayette, LLC
1675 Whitehorse-Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

| | | |
|---|---|---|
| In re: | : | Case No.    25-13194-MEH |
| Guy & Lois Castro | : | Chapter    13 |
| Debtor(s) | : | Hearing Date: 01/14/2026 |

## CERTIFICATION IN SUPPORT OF MOTION TO SELL REAL PROPERTY

I, Lois Castro, do hereby certify that I am the Chapter 13 Joint Debtor and I am authorized to make this certification:

1. This Motion is brought by the Joint Debtor(s) in the above captioned proceeding to obtain this Court's permission for the sale of our interest in property located at 21 Lake Avenue Hamilton, NJ 08610.

2. This Court has exclusive jurisdiction over the property in question under 28 U.S.C. 1334. This is a core matter.

3. On March 28, 2025, the Debtor's commenced the voluntary Chapter 13 proceeding herein.

4. On or about November 28, 2025, we the debtor's, signed a Contract for Sale and Purchase, (hereinafter referred to as the "Contract"), to sell the Property to The Reginald Lewis Group, LLC and/or Assigns, (hereinafter referred to as the "Buyer".) The purchase price is $355,750.00. A true and correct copy of the Contract is attached hereto as (exhibit "A") and incorporated herein by reference.

-1-

5. Upon information and belief, the Buyer has no other interest in the Chapter 13 Bankruptcy proceeding herein, other than the Contract.

6. Prior to the execution of the Contract, we the Debtor's have had no relationship with the Buyer.

7. All agreements between the Debtor's and the Buyer are fully disclosed in the Contract.

8. We the Debtors and the Parties wish to sell the property with the proceeds to be applied: First, to pay any mortgage balances. Second to pay any outstanding real estate taxes and closing costs., Third, the remainder of their 11 U.S.C. 522 (d)(5) wildcard exemption. Fourth, to pay any balance due and owing, to the Chapter 13 Trustee, in order to process the case for discharge, Fifth, all remaining funds are to be released to the debtor's.

WHEREFORE, We the Debtor's, respectfully requests that, after hearing on notice pursuant to Fed. R. Bankr. P. 2002, 6004 and 9014, this Court enter an order (i) authorizing the Sale of Property in accordance with the Contract; (ii) approve the distribution of proceeds as set forth herein; and (iii) Order other and further relief as is just and proper.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: 1.4.2026

*Lois Castro*
Lois Castro, Joint Debtor

-2-