Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25–13194–MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Guy H. Castro                               Lois T. Castro
21 Lake Avenue                              21 Lake Avenue
Hamilton, NJ 08610                          Hamilton, NJ 08610

Social Security No.:
  xxx–xx–1555                               xxx–xx–1233

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I  Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

21 Lake Avenue, Hamilton, NJ 08610.

Dated: January 8, 2026
JAN: pbf

                                                                 Jeanne Naughton
                                                                 Clerk