UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re:
        Guy & Lois Castro

**Order Filed on January 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 25-13194

Adv. No.

Hearing Date:

Judge: Mark E. Hall

## ORDER GRANTING
## SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2)  is
hereby **ORDERED.**

**DATED: January 22, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Case No. 25-13194
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services

has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of

$1,000.00 for services rendered and expenses in the amount of $0.00 for a total of $1,000.00.

The allowance shall be payable:

   XX            Through the Chapter 13 plan as an administrative priority

               Outside the plan