UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Kevin Fayette, LLC
1675 Whitehorse Mercerville Road
Suite 204
Hamilton, New Jersey 08619
(609) 584-0600

In Re:
    Guy & Lois Castro

Order Filed on January 22, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 25-13194

Adv. No.

Hearing Date:

Judge: Mark E. Hall

# ORDER GRANTING
## SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: January 22, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

Case No. 25-13194
Order Granting Supplemental Chapter 13 Fees
Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that the Law Offices of Kevin Fayette, LLC, the applicant, is allowed a fee of $1,000.00 for services rendered and expenses in the amount of $0.00 for a total of $1,000.00.

The allowance shall be payable:

<u>XX</u>     Through the Chapter 13 plan as an administrative priority

_____     Outside the plan

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-13194-MEH |
| Guy H. Castro | Chapter 13 |
| Lois T. Castro | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 22, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Guy H. Castro, Lois T. Castro, 21 Lake Avenue, Hamilton, NJ 08610-5613 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Joint Debtor Lois T. Castro dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin C. Fayette | on behalf of Joint Debtor Lois T. Castro kfayette@kevinfayette.com |
| Kevin C. Fayette | on behalf of Debtor Guy H. Castro kfayette@kevinfayette.com |
| U.S. Trustee | |

District/off: 0312-3                         User: admin                              Page 2 of 2
Date Rcvd: Jan 22, 2026                      Form ID: pdf903                          Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6