Office Mailing Address:

Send Payments **ONLY** to:

Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-13194 / MEH**

Guy H. Castro
Lois T. Castro

Petition Filed Date: 03/28/2025
341 Hearing Date: 04/24/2025
Confirmation Date: 06/18/2025

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/09/2025 | $1,015.00 | | 05/30/2025 | $1,015.00 | | 06/18/2025 | $1,015.00 | |
| 07/30/2025 | $1,015.00 | | 09/03/2025 | $1,015.00 | | 09/25/2025 | $1,015.00 | |
| 11/05/2025 | $1,015.00 | | 12/04/2025 | $1,015.00 | | 01/06/2026 | $1,015.00 | |
| 02/06/2026 | $1,015.00 | | | | | | | |

**Total Receipts for the Period:  $10,150.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $10,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Guy H. Castro | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,450.00 | $3,450.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF HUD<br>»» P/21 LAKE AVE/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | Andrews Federal Cred U | Unsecured Creditors | $2,039.66 | $0.00 | $2,039.66 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» MERCURY | Unsecured Creditors | $3,984.28 | $0.00 | $3,984.28 |
| 4 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $593.46 | $0.00 | $593.46 |
| 5 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $950.47 | $0.00 | $950.47 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» WALMART | Unsecured Creditors | $3,253.44 | $0.00 | $3,253.44 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK, NA | Unsecured Creditors | $2,262.63 | $0.00 | $2,262.63 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE BANK, NA | Unsecured Creditors | $889.00 | $0.00 | $889.00 |
| 9 | MIDFIRST BANK<br>»» P/21 LAKE AVE/1ST MTG | Mortgage Arrears | $4,450.21 | $2,513.21 | $1,937.00 |
| 10 | PNC Bank, N.A. | Unsecured Creditors | $7,433.12 | $0.00 | $7,433.12 |
| 11 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/LOWES | Unsecured Creditors | $299.21 | $0.00 | $299.21 |

**Chapter 13 Case No. 25-13194 / MEH**

| | | | | | |
|---|---|---|---|---|---|
| 12 | SYNCHRONY BANK BY AIS INFOSOURCE, LP AS AGENT<br>»» CARECREDIT | Unsecured Creditors | $1,975.68 | $0.00 | $1,975.68 |
| 13 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $3,172.19 | $0.00 | $3,172.19 |
| 14 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $2,962.23 | $0.00 | $2,962.23 |
| 15 | LVNV FUNDING LLC<br>»» RESURGENT ACQUISTIONS LLC | Unsecured Creditors | $3,167.70 | $0.00 | $3,167.70 |
| 16 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» DAIMLER CHRYSLER | Unsecured Creditors | $5,403.49 | $0.00 | $5,403.49 |
| 17 | MIDFIRST BANK<br>»» 21 LAKE AVENUE/ATTY FEES 8/8/25 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»» ORDER 1/22/26 | Attorney Fees | $1,000.00 | $939.89 | $60.11 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,150.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $7,452.10 | Current Monthly Payment: | $1,015.00 |
| Paid to Trustee: | $818.12 | Arrearages: | $1,015.00 |
| Funds on Hand: | $1,879.78 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.**

