UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Guy & Lois Castro

Case No.: 25-13194
Chapter: 13
Judge: O'Hagan

## NOTICE OF PROPOSED PRIVATE SALE

Guy Castro, Lois Castro, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Eamonn J. O'Hagan on October 14, 2026 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 2, 402 East State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 21 Lake Avenue Hamilton, NJ 08610

Proposed Purchaser: Troy E. Powell

Sale price: $415,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Thomas Cendining

Amount to be paid: 5% to be shared with cooperating realtors

Services rendered: Review any agreements of sale, assist with closing the transaction.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Kevin Fayette

Address: 1675 Whitehorse Mercerville Road, Suite 204, Hamilton, NJ 08619

Telephone No.: 609-584-0600

rev.8/1/15