Form loccrtno − loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−13194−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Guy H. Castro
21 Lake Avenue
Hamilton, NJ 08610

Lois T. Castro
21 Lake Avenue
Hamilton, NJ 08610

Social Security No.:
xxx−xx−1555
xxx−xx−1233

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

I Michelle M. Fogleman , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

21 Lake Avenue, Hamilton, NJ 08610

Dated: October 8, 2026
JAN: mmf

Jeanne Naughton
Clerk