Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−13194−EJO
Chapter: 13
Judge: Eamonn James O'Hagan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Guy H. Castro<br>21 Lake Avenue<br>Hamilton, NJ 08610 | Lois T. Castro<br>21 Lake Avenue<br>Hamilton, NJ 08610 |

Social Security No.:

| | |
|---|---|
| xxx−xx−1555 | xxx−xx−1233 |

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 11/4/26 at 09:00 AM

to consider and act upon the following:

***46*** − Creditor's Certification of Default (related document:23 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of MIDFIRST BANK. Objection deadline is 11/2/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) (Fissel, Matthew)

Dated: 10/29/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court